MR. JASON T. PEGUES
#728196
Huntsville Unit
815 12th St.
Huntsville, Tx. 77348

74, 762-05

JUNE 8, 2015

To: COURT OF CRIMINAL APPEALS
The Clerk: Abel Acosta
P.O. Box 12308
Capitol Station
Austin, Tx. 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 10 2015

Abel Acosta, Clerk

Re: Requesting Status In Ref. to Tr. Ct. No. 94-DCR-026185 HC4
[WR-74,762-05]

Dear Clerk Acosta,

On 3/30/2015 I Received An Official Notice From This Court, Informing Me That my Application For 11.07 Writ of Habeas Corpus had been Received and Presented To The Court [WR-74,762-05]. I Am Requesting For A Status Report of the Above mentioned Writ, so if You Will Inform me and Update me of it's Status, I would Really Appreciate it. Thanks For Your Time and Assistance.

Respectfully,

#728196

Jason T. Pegues #728196
Applicant: 94-DCR-026185 HC4
WR-74, 762-05

cc/file:

1 of 1